IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KIMBERLY BUTINSKI,<br><br>                Defendant. | **8:12CR191**<br><br>**ORDER** |

      This matter is before the court on the defendant's Motion to Extend Self-Surrender Date (Filing No. 43). The government does not object to the motion. Accordingly,

      IT IS ORDERED that the defendant's Motion to Extend (Filing No. 43) is granted. The defendant's self-surrender date is continued to **on or before August 6, 2013.**

      Dated this 17th day of June, 2013.

                                                  BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                United States District Judge