IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>KIMBERLY BUTINSKI,<br><br>                    Defendant. | **8:12CR191**<br><br>**ORDER** |

Defendant Kimberly Butinski appeared before the court on August 17, 2015 on a Petition for Warrant or Summons for Offender Under Supervision [50]. The defendant was represented by retained attorney, James R. Kozel, and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on October 20, 2015 at 8:30 a.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 18th day of August, 2015

                                                      BY THE COURT:

                                                      s/ F.A. Gossett, III
                                                      United States Magistrate Judge